**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 128 MAL 2023

:

Respondent    :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.    :

:

:

JARVIS E. ROBERTS,    :

:

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.